IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANGELICA RAMOS TORRES VILLA,<br><br>           Defendant. | 4:22CR3132<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 18), is granted.

2) The hearing on Defendant's anticipated plea of guilty will be held before Magistrate Judge Zwart on June 13, 2023, at 2:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4) The ends of justice served by granting Defendant's request to set a change of plea hearing outweigh the interests of the public and Defendant in a speedy trial, and the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

Dated this 25th day of April, 2023.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge