IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELICA RAMOS TORRES VILLA,<br><br>    Defendant. | 4:22-CR-3132<br><br>ORDER |

  The defendant has filed a motion to appoint counsel (filing 42) for purposes of seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Pursuant to Gen. Order 2023-09, the Office of the Federal Public Defender for the District of Nebraska is being appointed to determine who is entitled to relief under those provisions, and to file any appropriate motion for relief. Accordingly,

  IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 42) is granted.

2. The Clerk of the Court shall enter Gen. Order 2023-09 in this case.

3. The Clerk of the Court shall provide the defendant with a copy of this order and Gen. Order 2023-09.

Dated this 11th day of March, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge