IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGELICA RAMOS TORRES VILLA,

    Defendant.

4:22-CR-3132

ORDER

The defendant has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Filing 49. The primary basis for the motion is that the father of the defendant's minor children has allegedly been arrested for child abuse. *See* filing 49 at 17-18.

Among the "extraordinary and compelling reasons" that may merit a sentence reduction are "incapacitation of the caregiver of the defendant's minor child." U.S.S.G. § 1B1.13(b)(3)(A). Whether incarceration of a caregiver or potential placement of a child in foster care may be "incapacitation" within the meaning of § 1B1.13(b)(3)(A) is a question that has divided courts. *See United States v. Watson*, No. 4:18-CR-40018, 2025 WL 2222987, at *3 (D.S.D. Aug. 5, 2025) (collecting cases); *see also, e.g., United States v. Sierra-Serrano*, No. 19-CR-61-2, 2025 WL 2462904, at *2-3 (D. Minn. Aug. 27, 2025); *United States v. Whitted*, No. 5:15-CR-372, 2025 WL 1944018, at *8 (E.D.N.C. July 15, 2025); *United States v. Foster*, No. 5:18-CR-00472, 2024 WL 3715442, at *3 (N.D. Ohio Aug. 8, 2024); *United States v. Franco*, No. 3:19-CR-371, 2024 WL 3363576, at

\*3 (N.D. Tex. July 9, 2024), *aff'd,* No. 24-10692, 2025 WL 573712 (5th Cir. Feb. 21, 2025); *United States v. Ray,* No. 3:19-CR-46, 2023 WL 3411024, at \*2 (N.D. Ind. May 12, 2023).

On its preliminary review of the defendant's motion—without deciding that question—the Court finds the defendant has at least a colorable claim under § 3582(c)(1)(A), and appointment of counsel would help the Court determine whether the defendant merits relief under that section. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce the defendant's term of imprisonment.

2. In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3. The Office of U.S. Probation and Pretrial Services is authorized to disclose Presentence Investigation Reports and materials obtained from the Bureau of Prisons to the

       Federal Public Defender and the United States Attorney for the purpose of evaluating the defendant's motion. The Federal Public Defender shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

4. The Office of U.S. Probation and Pretrial Services shall promptly conduct a compassionate release investigation. The compassionate release investigation report shall, when complete, be filed as a restricted document in this case, and be provided to counsel for the parties. The focus of the report shall be determining the current state (if any) of criminal prosecution of the minor children's father and custodial placement of the minor children.

5. The government shall respond to the defendant's motion for compassionate release within 28 days after the filing of the compassionate release investigation report. The defendant may file a reply brief within 14 days after the government's response is filed, at which time the matter is submitted.

6. The Clerk of the Court shall set a case management deadline for December 18, 2025 with the following docket text: Check compassionate release investigation report.

7. The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Brandon Maxon.

Dated this 18th day of November, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge